UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOEL N. ROBERTS** | **CIVIL ACTION NO. 24-0057** |
| **VS.** | **SECTION P** |
| | **JUDGE JERRY EDWARDS, JR.** |
| **JACKSON PARISH SHERIFF'S DEPARTMENT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Joel N. Roberts's claims are **DISMISSED WITH PREJUDICE** as untimely, frivolous, and for failing to state claims on which relief may be granted.

ALEXANDRIA, LOUISIANA, this 24th day of June, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE